IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>-vs- )<br>)<br>**MALYK JAJUAN RANSBURG,** )<br>**ASHLEY NICOLE BROWN,** )<br>  a/k/a Ashley Nicole Ross, )<br>  a/k/a Ashley Nicole Frost, )<br>  a/k/a Ashley Nicole Slape, )<br>  a/k/a Stoney, and )<br>**ROBERT DYLAN HALL,** )<br>)<br>**Defendant.** ) | No. **CR-24-250-PRW** |

**GOVERNMENT'S NOTICE TO THE COURT REGARDING FORFEITURE**

The United States of America hereby gives notice to the Court that it is no longer seeking criminal forfeiture of the assets listed below which were identified as subject to forfeiture in the Indictment (Doc. 1), plea agreements[1] (Docs. 89, 94), and preliminary orders of forfeiture (*see* Docs. 99-102): a Mossberg, model 702 Plinkster, .22LR caliber rifle, bearing serial number EKJ3289800.

Additionally, the United States of America hereby gives notice to the Court that it is no longer seeking criminal forfeiture of the assets listed below which were identified as subject to forfeiture in the Indictment (Doc. 1) and Defendant Hall's plea agreement

---

[1] The listed assets are also identified as subject to forfeiture in Defendant Hall's plea agreement, which was executed on October 25, 2024, but will be filed following his upcoming change of plea hearing currently docketed for July 25, 2025. *See* Doc. 113.

(*see* n.1):

1. a Savage, model 64, .22LR caliber rifle, bearing serial number 3738321; and

2. a New Haven (by Mossberg) model 600CF, 20-gauge short-barreled shotgun, bearing serial number H815874.

These assets have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). A copy of each of the ATF's Declarations of Administrative Forfeiture are attached hereto as Attachments 1, 2, and 3.

The United States by this notice does not intend to waive any right to proceed with criminal forfeiture of these assets in the future should this administrative forfeiture be set aside for any reason.

    Respectfully submitted,

    ROBERT J. TROESTER
    United States Attorney

    s/ Danielle M. Connolly
    DANIELLE M. CONNOLLY
    Assistant United States Attorney
    Oklahoma Bar Number: 33148
    210 Park Avenue, Suite 400
    Oklahoma City, Oklahoma 73102
    Office: (405) 553-8700
    danielle.connolly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in the case.

    s/ Danielle M. Connolly
    DANIELLE M. CONNOLLY
    Assistant United States Attorney